**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 29, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00439-CV

---

**RECESSABILITY INC. AND JANETTE HENDREX, Appellants**

**V.**

**SCOGGINS THERAPIES, INC., Appellee**

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2019-05470**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed May 7, 2019. On October 14, 2019, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.